**FILED**
June 8, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,              )
                                        )   Case No. 2:07-cr-232 DLJ
           Plaintiff,                   )
                                        )   ORDER FOR RELEASE
v.                                      )   OF PERSON IN CUSTODY
                                        )
James McCabe,                           )
                                        )
           Defendant.                   )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>James McCabe</u> Case <u>2:07-cr-232 DLJ</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of _____

    _X_ Unsecured bond in the amount of $50,000

    __ Appearance Bond with 10% Deposit

    __ Appearance Bond secured by Real Property

    __ Corporate Surety Bail Bond

    _X_ (Other) <u>PTS conditions/supervision</u>

Issued at <u>Sacramento, CA</u> on <u>6/8/07</u> at <u>3:05 p.m.</u>

By _____
Kimberly J. Mueller,
United States Magistrate Judge