**FILED**
June 8, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,         )
                                  )   Case No. 2:07-cr-232 DLJ
              Plaintiff,          )
                                  )
v.                                )   ORDER FOR RELEASE
                                  )   OF PERSON IN CUSTODY
James McCabe,                     )
                                  )
              Defendant.          )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>James McCabe</u> Case <u>2:07-cr-232 DLJ</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___ Release on Personal Recognizance

    ___ Bail Posted in the Sum of _____

    _X_ Unsecured bond in the amount of $50,000

    ___ Appearance Bond with 10% Deposit

    ___ Appearance Bond secured by Real Property

    ___ Corporate Surety Bail Bond

    _X_ (Other) <u>PTS conditions/supervision</u>

Issued at <u>Sacramento, CA</u> on <u>6/8/07</u> at <u>3:05 p.m.</u>

By _____
Kimberly J. Mueller,
United States Magistrate Judge