CANDACE A. FRY
CA Bar No. 68910
2401 Capitol Avenue
Sacramento, CA  95816
Telephone:  (916) 446-9322
FAX:  (916) 446-0770

Attorney for JAMES DAVID McCABE,
Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR.S-07-232-DLJ |
| | ) | |
| Plaintiff, | ) | **MOTION FOR ACCEPTANCE OF WAIVER** |
| | ) | **OF PERSONAL APPEARANCE AT** |
| v. | ) | **ARRAIGNMENT** |
| | ) | |
| JAMES DAVID McCABE, | ) | (Rule 10(b), F.R.Cr.P.) |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

Defendant JAMES DAVID McCABE, by and through his attorney, hereby moves this Court pursuant to Rule 10(b) of the Federal Rules of Criminal Procedure to permit him to waive his personal appearance at the arraignment on the Superseding Indictment in the within matter presently set for September 11, 2007, for the following reasons:

1. Mr. McCabe resides in Montague, Siskiyou County, California. He is disabled, subsists on Social Security and SSI benefits and does not drive.  His only means of transport to and from Sacramento is by train from Dunsmuir ($160) or bus from Weed ($101) which is difficult on his limited income.  Travel to this District for a short court appearance would be unduly burdensome on this defendant at this time.

-1-

2.   Pursuant to Federal Rule of Criminal Procedure 10(b), the defendant has filed herein a written waiver of his appearance which affirms that he has received a copy of the Superseding Indictment, that he waives a formal reading of same and enters a plea of not guilty.

3.   The Superseding Indictment does not change or add charges as to this defendant.

4.   Counsel for the Government does not object to waiver of this appearance.

5.   Accordingly, pursuant to Rule 10(b), it is requested that this Court accept the defendant's waiver of appearance at arraignment on the Superseding Indictment.

Dated:   September 6, 2007

                         Respectfully submitted,


                         /s/ CANDACE A. FRY
                         CANDACE A. FRY, Attorney for
                         JAMES DAVID McCABE, Defendant



                    **O R D E R**

For good cause shown, defendant David James McCabe's request to waive his appearance at arraignment on the Superseding Indictment in this matter is hereby GRANTED.

Dated: 9/7/07            /s/ Gregory G. Hollows
                         _____
                         GREGORY G. HOLLOWS
                         U. S. MAGISTRATE JUDGE
mccabe.ord

-2-