```
McGREGOR W. SCOTT
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 07-232 DLJ |
| Plaintiff, | |
| v. | GOVERNMENT'S MOTION TO DISMISS |
| DAVID JAMES McCABE, | |
| Defendant. | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, the United States, by and through its undersigned attorney, moves the Court for an order dismissing the charges against David James McCabe, as listed in the superseding indictment in Case Number S-07-232 DLJ, filed on August 30, 2007.  The defendant is not in custody.

DATE: December 4, 2007                McGREGOR W. SCOTT
                                      United States Attorney

                                      By /s/ Michael M. Beckwith
                                         MICHAEL M. BECKWITH
                                         Assistant U.S. Attorney

1

1                              O R D E R
2
3  APPROVED AND SO ORDERED:
4
5  DATED: December 5, 2007       _____
6                                 UNITED STATES DISTRICT JUDGE